JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CINDY "CID" GOMEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOME DEPOT U.S.A., INC., and DOES 1 through 50, Inclusive,<br><br>　　　　Defendants. | Case No. CV 18-3391-GW-SKx<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: March 16, 2018<br>Trial Date:　　　March 19, 2018<br>District Judge:　 Hon. George H. Wu<br>Magistrate Judge: Hon. Steve Kim |

# **ORDER**

The Court orders as follows:

1. All claims in the above-entitled action are dismissed in their enitrety with prejudice.
2. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: October 12, 2018

*/s/ George H. Wu*
GEORGE H. WU, U.S. District Judge

35915523.1